**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF KANSAS**

DIVOT BOARD, LLC,

Plaintiff,

v.

GOLF TECHNOLOGIES, LLC,
D/B/A BIRDIE BATH,

Defendant.

Case No. 24-2135-TC-BGS

**JURY TRIAL DEMANDED**

# JOINT STATUS REPORT

Plaintiff Divot Board, LLC ("Plaintiff" or "Divot Board") and Defendant Golf Technologies, LLC d/b/a Birdie Bath ("Defendant" or "Birdie Bath") submit this Joint Status Report following the Court's recent Claim Construction Order (Dkt. 48) and pursuant to the Initial Patent Scheduling Order ("Scheduling Order") (Dk. 17).

## 1. Deadlines for Amended Contentions and Advice of Counsel

The Court's Scheduling Order sets forth the following remaining pre-trial deadlines:

| Event | Deadline | Date |
|---|---|---|
| Service of Amended Infringement Contentions | 28 days after filing by court of its claim construction order | October 27, 2026 |
| Deadline for Advice of Counsel | 42 days after filing by court of its claim construction order | November 10, 2026 |
| Service of Amended Invalidity Contentions | 56 days after filing by court of its claim construction order | November 24, 2026 |

The parties submit that they are on track to meet these deadlines and no modification is necessary.

**2. Deadline to Submit a Proposed Scheduling Order**

The parties jointly propose a deadline of **October 23, 2026** to submit a proposed scheduling order with remaining case deadlines.

Respectfully submitted this 7th day of October, 2026:

**STEVENS & BRAND, L.L.P.**

By: */s/ Christopher F. Burger*
Christopher F. Burger, #16056
Kate M. Simpson, #26453
900 Massachusetts Street
Suite 500
P.O. Box 189
Lawrence, KS 66044
Phone: (785) 843-0811
Fax: (785) 843-0341
cburger@stevensbrand.com
ksimpson@stevensbrand.com

AND

/s/ *Stephen M. Kepper*
Stephen M. Kepper (LA Bar No. 34618)
Admitted *Pro Hac Vice*
**KEAN MILLER LLP**
909 Poydras St. Suite 3600
New Orleans, LA 70112
Telephone: (504) 293-6743
stephen.kepper@keanmiller.com

Attorneys for Divot Board, LLC

*/s/ Christopher M. DeBacker*
Chrisopher M. DeBacker (No. 24095)
**AVEK IP, LLC**
7285 W. 132nd Street, Suite 340
Overland Park, KS 66213
(913)248-4477

Attorney for Golf Technologies, LLC